**Dismissed; Opinion Filed May 16, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00013-CV

**DALLAS CENTRAL APPRAISAL DISTRICT, Appellant**
**V.**
**DART TRANSIT COMPANY, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-11988**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Myers, and Justice Carlyle
Opinion by Justice Myers

Before the Court is the parties' May 6, 2019 joint motion to dismiss. We grant the

motion.

We dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/Lana Myers/
LANA MYERS
JUSTICE

190013F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DALLAS CENTRAL APPRAISAL
DISTRICT, Appellant

No. 05-19-00013-CV    V.

DART TRANSIT COMPANY, Appellee

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-11988.
Opinion delivered by Justice Myers. Chief
Justice Burns and Justice Carlyle
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee DART TRANSIT COMPANY recover its costs of this appeal from appellant DALLAS CENTRAL APPRAISAL DISTRICT.

Judgment entered this 16th day of May, 2019.